■ CHARLES M. CONNORS et al., Respondents, v TOWN OF HAMBURG, Defendant, and SUZUKI MOTOR COMPANY et al., Appellants. [678 NYS2d 925] —Motion for reargument granted and, upon reargument, order entered and decision filed November 8, 1996 (233 AD2d 916) are vacated and order and decision are to provide as follows: Order unanimously affirmed without costs (*see, Drattel v Toyota Motor Corp.*, 92 NY2d 35). Present—Denman, P. J., Pine, Balio and Boehm, JJ.

■ RICHARD L. JUDD, II, et al., Appellants, v MARC S. ODELL, Respondent. [678 NYS2d 706] —Motion for reargument dismissed. Memorandum: Michael A. Rose lacks standing to move for reargument. Present—Pine, J. P., Hayes, Wisner and Boehm, JJ.

■ In the Matter of ALFRED C. BLANCHE, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [678 NYS2d 924] —Motion insofar as it seeks reargument granted and, upon reargument, unpublished order entered and decision filed July 8, 1998 are vacated and the motion is otherwise denied. Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.

■ In the Matter of JOSEPH R. AMISANO, for Reinstatement. [678 NYS2d 539] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Lawton, Callahan and Fallon, JJ. (Filed Sept. 18, 1998.)

■ In the Matter of JAMES L. LALIME, an Attorney. [678 NYS2d 540] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ. (Filed Sept. 18, 1998.)

■ In the Matter of DONALD L. SUMMER, for Reinstatement. [678 NYS2d 539] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ. (Filed Sept. 18, 1998.)

■ In the Matter of TIMOTHY M. HAAKE, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)